IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**CHRISTOPHER MATTHEW MILES,**

    **Plaintiff,**

v.                                    Case No. 4:24-cv-20-AW-MAF

**OFFICER ADAM ELLINGTON,**
**et al.,**

    **Defendants.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having carefully considered the matter, and having carefully considered de novo ECF No. 10 (which I interpret as an objection to the report and recommendation), I now adopt the report and recommendation (ECF No. 7) and incorporate it into this order. Plaintiff did not timely comply with a court order, and dismissal on that basis is appropriate.

The clerk will enter a judgment that says, "This case is dismissed without prejudice for failure to comply with a court order." The clerk will then close the file.

SO ORDERED on May 6, 2024.

                                                              s/ *Allen Winsor*
                                                              United States District Judge